| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JEROME HAYS, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:25-CV-533
§
WARDEN, USP BEAUMONT, §
§
    Respondent. §

## ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Jerome Hays, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the petition be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  To date, the parties have not filed objections to the Report and Recommendation.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law set forth in the Report are correct.

    Accordingly, the Report and Recommendation (#4) is **ADOPTED**.  A final judgment will be entered dismissing the petition.

    SIGNED at Beaumont, Texas, this 11th day of February, 2026.

                                                  MARCIA A. CRONE
                                             UNITED STATES DISTRICT JUDGE